FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA 25 AM 9: 5
SOUTHERN DIVISION

U.S. DISTRICT COURT
N.D. OF ALABAMA

JAMES ADOLPHUS ROYAL,           )
                                )
        Plaintiff,              )
                                )
vs.                             )    CV-99-B-0775-S
                                )
HOMEWOOD CITY POLICE            )
DEPARTMENT, ET AL.,             )
                                )
        Defendants.            )

ENTERED

APR 2 5 2000

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 28, 2000, recommending

that this action filed pursuant to 42 U.S.C. § 1983 be dismissed as barred by the affirmative defense

of the statute of limitation appearing on the face of the complaint itself under 28 U.S.C. § 1915A(b).

No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file,

including the report and recommendation, the Court is of the opinion that the magistrate judge's

report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly,

the complaint is due to be dismissed as barred by the affirmative defense of the statute of limitation

appearing on the face of the complaint itself pursuant to 28 U.S.C. § 1915A(b). A Final Judgment

will be entered.

DATED this 24th day of April          , 2000.


SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE